UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ERVIN KENNEDY,**

    Petitioner,

v.                                  Case No. 3:12cv243/LC/CJK

**MICHAEL D. CREWS,**

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 18, 2014. (Doc. 39). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Petitioner has filed a Notice of Appeal (Doc. 40), which the Court construes to be his objections to the report. I have made a *de novo* determination of those portions to which a timely objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's Report and Recommendation (doc. 39) is adopted and incorporated by reference in this order.

2.  The amended petition for writ of habeas corpus (doc. 13), challenging the judgment of conviction and sentences in *State of Florida v. Ervin Kenndey, III*, Escambia County, Florida Circuit Court Case Numbers 07-3971, 08-108, 08-109, 08-111 and 08-112, is DENIED, and the clerk is directed to close the file.

3.  A certificate of appealability is DENIED.

**ORDERED** on this 21st day of April, 2014.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**